1 So.2d 313

## J. D. SMITH v. STATE.

### 7 Div. 580.

Court of Appeals of Alabama.

Jan. 14, 1941.

Rehearing Denied Feb. 18, 1941.

E. L. Roberts and Motley & Motley, all of Gadsden, for appellant.

Thos. S. Lawson, Atty. Gen., and Francis M. Kohn, Asst. Atty. Gen., for the State.

RICE, Judge.

Affirmed.